UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMRA FRIESKE and BERNARD HENRI ELDREDGE, individually and on behalf of all others similarly situated, | NO:  2:15-CV-0179-TOR |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, and JOHN DOES 1-20, | |
| Defendants. | |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 4).  Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on August 19, 2015.  Because Defendant Life Alert Emergency Response, Inc. has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.[1]  *See* Fed.

---

[1] The John Doe defendants have not been named.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

R. Civ. P. 41(a)(1)(A)(i).  No class has been certified in this matter; thus, Rule 23(e)'s exceptions do not apply.

**IT IS ORDERED**:

    1.   All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

    2.  All pending motions are denied as moot and hearing dates stricken from the Court's calendar.

    The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

    **DATED** August 20, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2